IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

THE FLORIDA DEPARTMENT OF
FINANCIAL SERVICES, as receiver
in rehabilitation of UNION AMERICAN
INSURANCE COMPANY,

       Plaintiff,

vs.                                 CASE NO.: 4:07cv207-SPM/WCS

MIDWEST MERGER MANAGEMENT,
LLC; et al.,

       Defendants.
_____/

## ORDER LIFTING STAY

This case was stayed pending a ruling on the motion to remand. A ruling having been issued, it is

ORDERED AND ADJUDGED:

1.    The stay (doc. 18) is lifted as to all parties except for Defendant Charles Spinelli, who is subject to an automatic bankruptcy stay (doc. 33).

2.    By separate order, an initial scheduling order will be issued.

DONE AND ORDERED this 11th day of August, 2008.

                                  *s/ Stephan P. Mickle*
                                  Stephan P. Mickle
                                  United States District Judge