IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

THE FLORIDA DEPARTMENT OF
FINANCIAL SERVICES, as receiver
in rehabilitation of UNION AMERICAN
INSURANCE COMPANY,

        Plaintiff,

vs.                               CASE NO.: 4:07cv207-SPM/WCS

MIDWEST MERGER MANAGEMENT,
LLC; et al.,

        Defendants.
_____/

## ORDER ON NOTICE OF SETTLEMENT

Upon consideration of Plaintiff's Notice of Settlement (doc. 53), it is

ORDERED AND ADJUDGED:

1. The August 3, 2009 pretrial conference and August 17, 2009 trial are cancelled.

2. On or before September 1, 2009, Plaintiff shall file its Notice of Voluntary Dismissal with Prejudice or alternatively a report on the status of the settlement agreement in the receivership court.

DONE AND ORDERED this 28th day of July, 2009.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      Chief United States District Judge